# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140227

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KEVIN LEROY ELDER,
       Defendant-Appellant.

SC: 140227
COA: 293661
Kent CC: 07-009708-FC

_____/

      On order of the Court, the application for leave to appeal the October 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322